# IN THE SUPREME COURT OF TEXAS

No. 23-0111

IN RE MARIA TERESA RAMIREZ MORRIS, AND TEXAS ALLIANCE FOR LIFE, INC.

ON PETITION FOR WRIT OF MANDAMUS

**ORDERED:**

1.    The parties are directed to provide, by February 20, 2023, a status report regarding the results of the City Council's actions on the proposed "Justice Policy" charter amendment, including the outcome of any vote and the text of any approved language.

2.    The parties are requested to submit, by the same deadline, a supplemental letter brief regarding whether and, if so, how the City Council's actions on the proposed charter amendment affect this original proceeding, including the relief sought. The parties should also supplement the record as needed.

3.    The petition for writ of mandamus remains pending before this Court.

Done at the City of Austin, this 16th day of February 2023.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

BY CLAUDIA JENKS, CHIEF DEPUTY CLERK